Hon. Thomas S. Zilly

06-CV-01288-APP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BEVERLY SANDERS,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General of the United States Postal Service,

    Defendant.

No. C06-1288

[PROPOSED]

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Noted On Motion Calendar: August 1, 2008

docket No. 21.

This matter came before the Court on the defendant's Motion for Summary Judgment. The Court having read and considered the defendant's Motion and the declarations submitted therewith, plaintiff's having filed no response, and the pleadings on file in this action, the Court finds itself fully advised and hereby ORDERS:

1. Defendant's Motion for Summary Judgement is GRANTED.

2. Plaintiff's Complaint in this action is DISMISSED with prejudice, and without an award of costs or fees.

DATED August 25, 2008.

The Honorable Thomas S. Zilly
United States District Court Judge

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT − 1
(C06-1288-TSZ)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970